UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRIDGE PARTNERS, LP ) <br> ) <br> Plaintiff, ) <br> ) <br> vs ) <br> ) <br> DJ FORRY COMPANY, INC., ) <br> ) <br> Defendant. ) <br> _____ ) | **NEW CASE NO.   1:12-cv-1660-BAM** <br><br> ORDER ASSIGNING CASE <br> RE PRESIDING JUDGE <br><br> Old Case No.  1:12-cv-1660 LJO-BAM |

    IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Judge BARBARA A. MCAULIFFE as Presiding Judge of the above entitled action.  Plaintiff filed their consent on January 28, 2013 (Doc. 10) and Defendant filed their consent on January 30, 2013 (Doc. 11) under Title 28, U.S.C. Sec. 636(c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.

    All future pleadings shall be numbered as follows:

**1:12-cv-1660-BAM**

IT IS SO ORDERED.

**Dated:**   **January 30, 2013**     /s/  Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE