1  Charles Trudrung Taylor, #127105
   Philip A. Martinez, #235989
2  Lang, Richert & Patch
   5200 North Palm Avenue, Suite 401
3  Fresno, California 93704
   (559) 228-6700 Phone
4  (559) 228-6727 Fax

5

6  Attorneys for Defendant DJ FORRY COMPANY, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | SANDRIDGE PARTNERS, L.P., A          | Case No. 1:12-CV-01660-LJO-BAM
   | CALIFORNIA LIMITED PARTNERSHIP,      |
12 |                                      | **NOTICE OF WITHDRAWAL OF**
   |           Plaintiff,                 | **COUNSEL AND ORDER**
13 |                                      |
14 |    v.                                |
15 |                                      |
   | DJ FORRY COMPANY, INC., A            |
16 | CALIFORNIA CORPORATION, and DOES     |
   | 1 though 50, inclusive,              |
17 |                                      |
   |           Defendants.                |
18 |                                      |
19

20 **TO THE COURT AND ALL PARTIES OF RECORD:**

21        NOTICE IS HEREBY GIVEN that Charles Trudrung Taylor and Philip A. Martinez of the

22 Law Firm of Lang, Richert & Patch, 5200 North Palm Avenue, Suite 401, Fresno, California 93704,

23 withdraw as counsel of record for Defendant with respect to the above-captioned matter.

24        NOTICE IF FURTHER GIVEN that Theodore W. Hoppe, Hoppe Law Group, 680 West

25 Shaw Avenue, Suite 207, Fresno, California 93704, shall continue as counsel of record for

26 Defendant with respect to the above-captioned matter.

27 //

28 //

Notice of Withdrawal of Counsel and Order        -1-

| | |
|---|---|
| Dated: January 8, 2013 | LANG, RICHERT & PATCH, P.C. |
| | By: /s/ Charles Trudrung Taylor |
| | Charles Trudrung Taylor |
| | Attorneys for Defendant |
| | DJ FORRY COMPANY, INC. |
| Dated: January 8, 2013 | LANG, RICHERT & PATCH, P.C. |
| | By: /s/ Philip A. Martinez |
| | Philip A. Martinez |
| | Attorneys for Defendant |
| | DJ FORRY COMPANY, INC. |

**ORDER**

The above withdrawal of counsel is approved.

IT IS SO ORDERED.

Dated:  **February 1, 2013**          **/s/ Barbara A. McAuliffe**
                                                     UNITED STATES MAGISTRATE JUDGE