UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRIDGE PARTNERS, L.P., *et al.,* | CASE NO. 1: 12-cv-01660-BAM |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| DJ FORRY COMPANY, INC., | |
| Defendant. _____ / | |

Plaintiffs have filed a Notice of Settlement indicating a settlement has been reached with Defendant DJ Forry Company, Inc. (Doc. 16.) Pursuant to this Court's Local Rule 160(b), this Court ORDERS the parties, **no later than January 6, 2014,** to file appropriate papers to dismiss this action.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

Dated:  **December 23, 2013**  /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE