Tracy A. Agrall (SBN 100013)
Bruce M. Brown (SBN 075943)
Patrick J. Gorman (SBN 131138)
WILD, CARTER & TIPTON
246 West Shaw Avenue
Fresno, California 93704
Telephone (559) 224-2131
Fax (559) 229-7295

Attorneys for Plaintiff SANDRIDGE PARTNERS, LP

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

****

| | |
|---|---|
| SANDRIDGE PARTNERS, LP , | Case No.:  1:12-CV-01660-BAM |
| Plaintiff, | **STIPULATION AND ORDER FOR ENTRY OF DISMISSAL F.R.C.P. 41(a)(1)** |
| vs. | |
| DJ FORRY COMPANY, INC.,  a California corporation, and DOES 1 through 50, inclusive, | |
| Defendants. | |

Plaintiff Sandridge Partners, LP and defendant DJ Forry Company, Inc., hereby request that the court dismiss this action in its entirety, with prejudice, pursuant to the settlement entered into between the parties.  This request is made pursuant to F.R.C.P. 41(a)(1).

///
///
///
///
///
///

–1–

**Stipulation for Dismissal**

WILD, CARTER & TIPTON
246 WEST SHAW AVENUE
FRESNO, CALIFORNIA 93704

TELEPHONE (559) 224-2131

Dated: January 3, 2014                    WILD, CARTER & TIPTON
                                          A Professional Corporation


                                          By:   /s/ Tracy A. Agrall
                                            Tracy A. Agrall, Attorneys for Sandridge
                                            Partners, LP

Dated: January 3, 2014                    HOPPE LAW GROUP


                                          By:   /s/ Theodore W. Hoppe
                                            Theodore W. Hoppe,  Attorneys for Defendants
                                            DJ Forry Company, Inc.


### ORDER

    Pursuant to the stipulation of dismissal filed on January 3, 2014 by Plaintiff Sandridge

Partners, LP, this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the

Federal Rules of Civil Procedure.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

    Dated:   **January 13, 2014**                    /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE

---

**WILD, CARTER & TIPTON**
246 WEST SHAW AVENUE
FRESNO, CALIFORNIA 93704
TELEPHONE (559) 224-2131

–2–

**Stipulation for Dismissal**